## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**XAVIER U. RIGSBY,**

    **Plaintiff,**

**v.**                                                            **Case No. 4:20-cv-452-AW-MAF**

**TAYLOR CORRECTIONAL**
**INSTITUTION, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation (ECF No. 11), to which no objections have been filed. I agree with the magistrate judge's conclusions, and the Report and Recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says "This case is dismissed for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on January 14, 2021.

s/ *Allen Winsor*_____
United States District Judge